■ CARMELA SCOTTO, Respondent, v VINCENT MONTEMARANO, Appellant.—In a medical malpractice action, defendant appeals from an order of the Supreme Court, Kings County, dated August 25, 1975, which (1) denied his motion to dismiss the action for failure to serve a complaint and (2) directed him to accept late service of the complaint. Order reversed, on the law, with $50 costs and disbursements, motion granted, and action dismissed. In the absence of a positive showing of a meritorious action and good cause for the delay, Special Term should have dismissed the action unconditionally *(Gelch v Malrich Realty Corp.,* 47 AD2d 644; *Vessichio v Deepdale Gen. Hosp.,* 44 AD2d 563). Rabin, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ STANLEY G. SILVER et al., Respondents, v ELAINE PRODUCTS Co., INC., Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from an order of the Supreme Court, Queens County, dated February 21, 1975, which, after a jury trial on the issue of liability only, set aside the verdict in defendant's favor and directed a new trial. Order affirmed, with $50 costs and disbursements. In this rear-end collision case, the record on the appeal reveals that the jury could not have reached its conclusion on any fair interpretation of the facts (cf. *Friedburg v P. & H. Serv. Sta.,* 13 AD2d 503; *Elegant v Brooks,* 20 Misc 2d 542). Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.